IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-cv-00240-BR

| | | |
|---|---|---|
| KAVIRA ILUNGA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO DISMISS |
| | ) | |
| JANET NAPOLITANO; ALEJANDRO MAYORKAS; JEFF SAPKO, Field Director; ERIC HOLDER, Attorney General; ROBERT S. MUELLER III, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

AND NOW, this <u>13</u> day of <u>October</u>, 2011, upon consideration of the parties' Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (ECF No. 12), IT IS HEREBY ORDERED that the above-captioned case is DISMISSED with prejudice and with each side to pay its own fees and costs.

_____
THE HONORABLE W. EARL BRITT
SENIOR UNITED STATES DISTRICT COURT JUDGE