IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-cv-00240-BR

| KAVIRA ILUNGA | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER TO DISMISS |
| JANET NAPOLITANO; ALEJANDRO MAYORKAS; JEFF SAPKO, Field Director; ERIC HOLDER, Attorney General; ROBERT S. MUELLER III, | ) | |
| Defendants. | ) | |

AND NOW, this 13 day of October, 2011, upon consideration of the parties' Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (ECF No. 12), IT IS HEREBY ORDERED that the above-captioned case is DISMISSED with prejudice and with each side to pay its own fees and costs.

_____
THE HONORABLE W. EARL BRITT
SENIOR UNITED STATES DISTRICT COURT JUDGE